11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Joseph Matthew
White

Appellant

Vs.       Nos.
11-02-00011-CR, 11-02-00059-CR, & 11-02-00060-CR B Appeals from Taylor County

State of Texas

Appellee

 

Appellant
has filed in this court a motion to dismiss his appeals.  In his motion, appellant states that he is
withdrawing his Aplea
for an appeal@ in each
case.  Appellant has personally signed
the motion.  The motion is granted.  TEX.R.APP.P. 42.2(a).

The
appeals are dismissed.

 

PER CURIAM

 

May 9, 2002

Do not
publish.  See TEX.R.APP.P. 47.3(b).

Panel consists of: Arnot, C.J.,
and

Wright, J., and McCall, J.